ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Ismelda Hahn,

Plaintiff,

vs.

Minnesota Beef Industries, Inc.,
a Minnesota corporation,

Defendant.

Civ. No. 00-2282 RHK/SRN

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S ANSWER** and order

---

The parties above-named, by and through their respective counsel as designated below, do hereby stipulate and agree that the time in which Defendant may serve its Answer to the Plaintiff's Complaint is extended to November 20, 2000.

Respectfully submitted,

WILLIAM J. EGAN, PLC

By______________________
William J. Egan (166029)
Attorney for Defendant
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: November 20, 2000

By______________________
Leslie Lienemann
Attorneys for Plaintiff
8400 Lyndale Avenue S., Suite 7
Bloomington, MN 55420
(952) 346-0619

Dated: Nov 20, 2000

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

By Celeste E. Culberth

Celeste E. Culberth
Attorneys for Plaintiff
8400 Lyndale Avenue S., Suite 7
Bloomington, MN 55420
(952) 346-0619

Dated: 11/22/00, 2000

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that Defendant's Answer may be served on or before November 20, 2000.

BY THE COURT:

Susan Richard Nelson

The Honorable Susan R. Nelson
Magistrate Judge of District Court

Dated: November 30, 2000