**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civ. No. 00-2282 RHK/SRN

Ismelda Hahn,

Plaintiff,

vs.

**STIPULATION AND AGREEMENT TO AMEND SCHEDULING ORDER**

Minnesota Beef Industries, Inc.,

Defendant

Whereas, the Amended Pretrial Scheduling Order in this matter requires that all motions which related to discovery shall be served and filed by November 15, 2001; and

Whereas, the parties have a dispute arising out of the Defendant's responses to discovery; and

Whereas, pursuant to the requirements of the Local Rules, the parties have resolved a number of issues by agreement to supplement certain discovery responses on November 26, 2001, a date after the deadline for filing discovery motions; and

Whereas, the parties are continuing to negotiate to resolve the outstanding disputes on the remaining issues.

It is hereby stipulated and agreed, that with the Court's approval, the Amended Pretrial Scheduling Order can be amended to allow the Plaintiff to serve and file a discovery motion on discovery issues above-referenced on or before December 7,

FILED NOV 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2001, without affecting any other deadlines set forth in the Amended Pretrial Scheduling Order. Accordingly, the parties respectfully request that the Court permit the Amended Pretrial Scheduling Order to be amended as set forth above.

Dated: November 15, 2001

WILLIAM J. EGAN, PLC

By____________________

William J. Egan (166029)
Attorney for Defendant Minnesota Beef Industries, Inc.
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952)836-2770

Dated: November 15, 2001

____________________

Celeste E. Culberth, 228187
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619

____________________

Leslie L. Lienemann, 230194
Attorney at Law
210 North River Ridge Circle
Burnsville, Minnesota 55337
(952) 346-0619
**Attorneys for Plaintiff**

**ORDER**

Based upon the foregoing Stipulation of counsel and for good cause shown,

IT IS HEREBY ORDERED:

That the Amended Pretiral Scheduling Order be further amended to reflect the following change to Paragraph 2 of the Non-Dispositive Motions:

2. All other non-dispositive motions and supporting documents, including those which related to discovery, shall be served and filed by November 15, 2001, except that the Plaintiff may serve and file a discovery motion based on the discovery disputes referenced in the Stipulation of counsel, on or before December 7, 2001.

BY THE COURT:

Dated: November 19, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Reminder: all dispositive motions must be served, filed & heard by January 1, 2002.