**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ISMELDA HAHN,

Plaintiff,

vs. CV 01-2282 RHK/SRN

MINNESOTA BEEF INDUSTRIES, INC., a Minnesota corporation,

Defendant.

**NOTICE OF MOTION HEARING**

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT is re-scheduled to Monday,January 14, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

December 19, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

DEC 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK