**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ISMELDA HAHN,

Plaintiff,

vs. CV 00-2282 RHK/SRN

MINNESOTA BEEF INDUSTRIES
INC., a Minnesota Corporation,

Defendant.

**NOTICE OF FINAL PRE TRIAL CONFERENCE**

A Final Pre Trial Conference is scheduled for Monday, February 25, 2002, at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

February 20, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed FEB 20 2002
Richard D. Sletten, Clerk

By:______________________