UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ismelda Hahn,

Plaintiff,

Civil No. 00-2282 (RHK/SRN)

vs.

**ORDER**

Minnesota Beef Industries, Inc., a Minnesota corporation,

Defendant.

---

Defendant has appealed from the March 8, 2002 Order of Magistrate Judge Susan Richard Nelson. Having reviewed the file in this matter, including the submissions relating to this appeal, the Court is satisfied that the Order appealed from is neither clearly erroneous nor contrary to law. The discovery deficiencies of Defendant and its counsel, as outlined by Judge Nelson, are fully supported by the record and warrant sanctions. The sanctions imposed are narrowly tailored to the discovery deficiencies.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Appeal (Doc. No. 54) is **DISMISSED**;
2. The Order (Doc. No. 53) is **AFFIRMED**; and
3. The matter is deemed ready for trial as of June 1, 2002.

Dated: April 8, 2002

RICHARD H. KYLE
United States District Judge

APR 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK