**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ismelda Hahn

Plaintiff,

vs. CV 00-2282 RHK/SRN

Minnesota Beef Industries Inc.,

Defendant.

**NOTICE OF JURY TRIAL**

A Jury Trial is scheduled for Monday, June 3, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

May 17, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 17 2002
Richard D. Sletten, Clerk

By:______________________