**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ismelda Hahn,

Plaintiff, Civil No. 00-2282 (RHK/SRN)

vs. **O R D E R**

Minnesota Beef Industries, Inc., a Minnesota corporation,

Defendant.

---

Before the Court are Plaintiff's letter requests for a continuance of the June 3rd trial date; the procedural history leading up to the requests is as follows:

1. On April 8, 2002, counsel were notified that this matter was deemed ready for trial as of June 1, 2002;

2. Prior to the "trial ready" notification, all trial materials required by our local Rules had been exchanged, filed and furnished to the Court;

3. By letter dated May 8, 2002 Plaintiff's counsel advised the Court of certain dates when they were scheduled to be out of town and requested that any pretrial conference not conflict with those dates. There was no mention of an inability to be ready for trial as of June 1st or any request to change the June 1st trial ready date due to ongoing discovery disputes; and

4. On May 17, counsel were notified that trial would begin on June 3–the first working date in June.

The grounds for the requested continuance–inability to make final trial preparations, the unresolved issue of monetary sanctions, and ongoing discovery disputes–do not, individually or in combination, constitute good or sufficient cause to postpone the trial. Counsel have known of the June 1st date since early April. All trial

FILED MAY 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

materials have been submitted. Whatever discovery disputes remain should have been submitted, by Motion, to Magistrate Judge Nelson long before now.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:[1]

1. The letter requests for a continuance of the June 3rd trial date are **DENIED**;

2. Trial will begin at 9:00 a.m. on Monday, June 3, 2002, before the undersigned and a jury in St. Paul; and

3. A final pretrial conference will be held in St. Paul at 8:00 a.m. on Friday, May 31, 2002.

Dated: May 22, 2002

RICHARD H. KYLE
United States District Judge

[1]The conference call with Magistrate Judge Nelson scheduled for 11:00 a.m. on Friday, May 24, 2002, is not affected by this Order.