**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ismelda Hahn,

Plaintiff,

v.

Civil No. 00-2282 (RHK/SRN)
**ORDER**

Minnesota Beef Industries, Inc.

Defendant.

---

Before the Court are the parties' Motions in Limine. Plaintiff has brought motions seeking to exclude two categories of evidence. Defendant has brought six motions. The following are the Court's rulings; a memorandum opinion will follow in due course.

Based on submissions of the parties, and all of the files, records, and proceedings herein, **IT IS ORDERED** that

1. Plaintiff's Motions in Limine (Doc. No. 38) are **GRANTED IN PART AND DENIED IN PART.** Defendant shall not offer evidence or present testimony regarding the loan made by William Gilger to Plaintiff's mother and stepfather. Defendant may introduce evidence and present testimony regarding the statements made by Plaintiff on her job application materials in 1995 about her immigration status.

2. Defendant's Motion in Limine Regarding Summaries (Doc. No. 30) is **DENIED.** Nothing in this ruling should be construed as excusing the Plaintiff from



FILED MAY 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

laying an adequate foundation for the admission of any chart, summary, or calculation created pursuant to Rule 1006 of the Federal Rules of Evidence.

3. Defendant's Motion in Limine To Exclude Inaccurate Data Regarding Rates of Pay and to Admit Evidence Reflecting Actual Rates of Pay of Employees (Doc. No. 31) is **STRICKEN AS MOOT.**

4. Defendant's Motion in Limine Regarding Evidence of Emotional Distress and Expert Testimony Regarding Emotional Distress (Doc. No. 32) is **GRANTED** on the grounds that there is not admissible, competent evidence under either Rule 701 or Rule 702 of the Federal Rules of Evidence establishing a causal link between Plaintiff's claimed emotional distress and the events that form the basis of this lawsuit.

5. Defendant's Motion in Limine Regarding Incidents and Information Arising More than 300 Days Prior to Plaintiff's Filing of Her Charge of Discrimination (Doc. No. 33) is continued under advisement. The Plaintiff is directed to prepare a written offer of proof that (a) identifies each witness who will testify about incidents occurring more than 300 days before she filed her Charge of Discrimination; (b) describes in reasonable detail the substance of that witness's testimony; and (c) identifies the managers or co-employees of Minnesota Beef Industries who were involved in the incident(s) about which the witness proposes to testify. The Offer of Proof shall be served on Defendant's counsel (either personally or by facsimile) and filed with the Court in Saint Paul no later than 10:00 a.m. on Thursday, May 30, 2002. Plaintiff shall also provide the undersigned with

a copy of the Offer of Proof by facsimile (fax no. 651-848-1162) no later than 10:00 a.m. on May 30. The Motion in Limine will be addressed at the final pre-trial hearing on May 31, 2002.

6. Defendant's Motion in Limine Regarding a Taped Conversation Between Sheila Guralski and Charles McCarthy (Doc. No. 34) is **GRANTED** pursuant to Rules 608(b) and 403 of the Federal Rules of Evidence.

7. Defendant's Motion in Limine To Exclude the Testimony of Witnesses Not Disclosed During Discovery (Doc. No. 35) is **STRICKEN AS MOOT** based on the Defendant's representations to the Court.

The Plaintiff has also indicated that she intends to present "evidence demonstrating that Bill Gilger has defrauded his customers by falsifying the bacterial counts in his meat and by selling frozen meat as fresh." (Pl.'s Trial Br. at 5.) If Plaintiff presently intends to present such evidence at trial, she is hereby directed to submit a memorandum (a) describing in detail the evidence that would be presented (witnesses and/or documents), and (b) setting forth the basis or bases under the Federal Rules of Evidence for the admissibility of such evidence. Such a memorandum shall be served on Defendant's counsel (either personally or by facsimile) and filed with the Court in Saint Paul no later than 10:00 a.m. on Thursday, May 30, 2002. Plaintiff shall also provide the undersigned with a copy of the memorandum by facsimile (fax no. 651-848-1162) no later than 10:00 a.m. on May 30. The Court will take up the matter at the pre-trial conference on Friday,

May 31. If Plaintiff no longer intends to present the above-described evidence, she shall advise the Court by letter no later than 10:00 a.m. on Thursday, May 30.

Dated: May 24, 2002

RICHARD H. KYLE
United States District Judge

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT ORGANIZATION
U.S. POSTAGE
PAID
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building